NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**JULIE P. AGARWAL,**
*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent*

————————————

2023-1825

————————————

Petition for review of the Merit Systems Protection Board in No. DC-0752-15-0729-I-1.

————————————

**JUDGMENT**

————————————

GEORGE CHUZI, Kalijarvi, Chuzi, Newman & Fitch, PC, Washington, DC, argued for petitioner.

REBECCA SARAH KRUSER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, CORINNE ANNE NIOSI.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2024
Date

Jarrett B. Perlow
Clerk of Court